# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2828
_____

DDD CONSTRUCTION & SITE
WORK, LLC, a Florida limited
liability company, Danny Davis,
individually, and Tommy Davis,
individually,

     Appellants,

     v.

WESEMAN DEVELOPMENT, LLC,
a Florida limited liability
company,

     Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Gloria Walker, Judge.

June 26, 2025

PER CURIAM.

     DISMISSED as premature.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Randall Shochet and Doreen Inkeles of Shochet Law Group, Trenton, for Appellants.

Kirstin Jurecko Megraw of Scruggs, Carmichael & Wershow, P.A., Gainesville, for Appellee.